MORSE, Respondent, v. LOCKE, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Barnett W. Morse against Hiram B. Locke. No opinion. Judgment and order affirmed, with costs.

In re MOSS' ESTATE. (Supreme Court, General Term, First Department. April 11, 1895.) No opinion. We think motion should be made at special term. It is there that application for judgment on special verdicts should be made. Motion dismissed. See 29 N. Y. Supp. 421.

MOYNEHAN et al., Appellants, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondents. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by Edward Moynehan and James Mead, as executors of the last will and testament of Daniel Moynehan, deceased, against the president, managers, and company of the Delaware & Hudson Canal Company. No opinion. Judgment affirmed, with costs.

MULREIN v. MILLER. (Supreme Court, General Term, Second Department. May 13, 1895.) Action by one Mulrein against one Miller. Esselystyn & McCarthy, for plaintiff. Frederick Barnard, for defendant.
DYKMAN, J. This is an action for labor and materials furnished by the plaintiff to the defendant upon a dwelling house of the latter under a special contract with him. There is also in the complaint a claim for damages resulting from the wrongful discharge of the plaintiff by the defendant. The cause was tried before a referee to hear and determine, and he decided as a conclusion of law that the plaintiff was entitled to recover from the defendant $3,573.93 besides the costs of the action. The referee found facts in detail which support the decision, and all the findings are fully sustained by the evidence. The defendant has appealed from the judgment entered upon the report of the referee, but the appeal is destitute of merit. There has been no violation of any principle of law, and an extended examination of the facts is unnecessary. The judgment should be affirmed, with costs.

MURRAY et al., Respondents, v. KETCHUM, Appellant. (Supreme Court, General Term, Third Department. May 24, 1895.) Action by Joseph Murray and Alfred E. Doty against Ira W. Ketchum. No opinion. Order affirmed, with $10 costs and disbursements.

MYERS, Respondent, v. DEAN, Appellant. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Walter Myers against Robert J. Dean. Boothby & Warren, for appellant. P. Q. Eckerson, for respondent. No opinion. Motion for reargument denied, with $10 costs. See 32 N. Y. Supp. 237.

MYERS v. PHILLIPS. (Supreme Court, General Term, First Department. May 17, 1895.) Action by Tudor A. Myers against Harvey Phillips. No opinion. Motion must be made to declare case abandoned.

NEWINS et al., Appellants, v. ROSE, Respondent. (Supreme Court, General Term, Second Department. May 13, 1895.) Action by Joseph H. Newins and another against H. Eckford Rose. George F. Stackpole, for appellants. Arington H. Carman, for respondent.
CULLEN, J. I vote to affirm, without opinion. The testimony of Seaman that he did not sell the goods to defendant was erroneously admitted against defendant's objection and exceptions, and was a mere statement of conclusion. He did not state what the transaction was, nor deny defendant's statement that nothing was said between them reserving the goods plaintiffs had sold Seaman.

NEWKIRK, Respondent, v. HOOKER et al., Appellants. (City Court of New York, General Term. April 16, 1895.) Action by Abraham Newkirk against Walter H. Hooker and others, doing business as W. H. Hooker & Co. Johnson & Dowd, for appellants. Abraham Kling, for respondent.
McCARTHY, J. The defendant, by moving on the original papers to vacate the attachment, concedes all that is stated in the affidavits and their legal intendment. Section 636, Code Civ. Proc., does not apply to this court (see section 3160, Code Civ. Proc.), but section 3169 does. We think the affidavits, although not as full as they might be, are sufficient to sustain this attachment. Order is therefore affirmed, with costs. All concur.

NEW YORK BOARD OF FIRE UNDERWRITERS, Respondent, v. METROPOLITAN LLOYDS OF NEW YORK et al., Appellants. (Supreme Court, General Term, First Department. May 17, 1895.) Action by the New York Board of Fire Underwriters against Metropolitan Lloyds of New York and another. W. C. Beecher, for appellants. John Berry, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and answer over on payment of costs in this court and in the court below. For opinion at special term overruling demurrer, see 33 N. Y. Supp. 547.

ORVIS, Respondent, v. CURTISS, Appellant. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Charles E. Orvis against William H. Curtiss. H. G. Harris, for appellant. Taylor & Parker, for respondent. No opinion. Judgment reversed, new trial ordered, with costs of appeal to abide event.

OSTROM, Appellant, v. SQUIRES, Respondent. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Earl D. Ostrom against Fred D. Squires. No opinion. Judgment of the county court affirmed, with costs.

In re OWENS' ESTATE. (Common Pleas of New York City and County, General Term. March, 1895.) No opinion. Motion to dismiss appeal granted. See 33 N. Y. Supp. 422.